UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHELL TRADEMARK MANAGEMENT B.V. and SHELL OIL COMPANY, | § § § § § § § § § § § § § § § | |
| Plaintiffs, | | |
| | | CIVIL ACTION NO. 4:09-CV-2851 |
| vs. | | |
| WARREN UNILUBE, INC. AND WARREN OIL COMPANY, INC., | | |
| Defendants. | | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

16481.061-650862v1

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 7.1, Defendants Warren Unilube, Inc. and Warren Oil Company, Inc. (collectively, "Warren") hereby move for summary judgment on all of Plaintiffs' claims asserted against them in the First Amended Complaint on the grounds that there is no genuine issue as to any material fact and Warren is entitled to judgment as a matter of law. The grounds for this Motion are set forth more fully in the Memorandum of Law in Support of Defendants' Motion for Summary Judgment, filed contemporaneously herewith. This Motion is supported by the following Exhibits and all other parts of the record competent to support summary judgment.

## EXHIBITS

**Exhibits and Deposition Excerpts:**

Exhibit A ............................................................................................................ A-31
Exhibit B ............................................................................................................ A-32
Exhibit C ............................................................................................................ A-33
Exhibit D ............................................................................................................ A-36


    Plaintiffs' Deposition Exhibits

5 .......................................................................................................................... A-40
6 .......................................................................................................................... A-43
7 .......................................................................................................................... A-48
9 .......................................................................................................................... A-51
11 ........................................................................................................................ A-53
12 ........................................................................................................................ A-54
13 ........................................................................................................................ A-57
14 ........................................................................................................................ A-61
15 ........................................................................................................................ A-63
16 ........................................................................................................................ A-68
17 ........................................................................................................................ A-71
18 ........................................................................................................................ A-73
19 ........................................................................................................................ A-76
20 ........................................................................................................................ A-79
22 ........................................................................................................................ A-82
23 ........................................................................................................................ A-89
24 ........................................................................................................................ A-91

16481.061-650862v1

25.................................................................................................................................A-107

27.................................................................................................................................A-108

28.................................................................................................................................A-109

29.................................................................................................................................A-111

30.................................................................................................................................A-116

31.................................................................................................................................A-117

34.................................................................................................................................A-123

35.................................................................................................................................A-128

36.................................................................................................................................A-135

41.................................................................................................................................A-145

55.................................................................................................................................A-147

56.................................................................................................................................A-148

57.................................................................................................................................A-157

58.................................................................................................................................A-162

59.................................................................................................................................A-164

61.................................................................................................................................A-166

62.................................................................................................................................A-169

63.................................................................................................................................A-172

65.................................................................................................................................A-175

67.................................................................................................................................A-177

68.................................................................................................................................A-181

69.................................................................................................................................A-183

70.................................................................................................................................A-185

72.................................................................................................................................A-187

73.................................................................................................................................A-190

78.................................................................................................................................A-193

83.................................................................................................................................A-195

84.................................................................................................................................A-198

94.................................................................................................................................A-200

95.................................................................................................................................A-213

96.................................................................................................................................A-214

97.................................................................................................................................A-217

98.................................................................................................................................A-222

99.................................................................................................................................A-223

113...............................................................................................................................A-224

114...............................................................................................................................A-226

116...............................................................................................................................A-227

119...............................................................................................................................A-234

123...............................................................................................................................A-240

128...............................................................................................................................A-249

130...............................................................................................................................A-251

131...............................................................................................................................A-255

134...............................................................................................................................A-256

135...............................................................................................................................A-257

136...............................................................................................................................A-267

137...............................................................................................................................A-268

141.................................................................................................................A-270
142.................................................................................................................A-277
143.................................................................................................................A-286
145.................................................................................................................A-288
148.................................................................................................................A-289
165.................................................................................................................A-290
167.................................................................................................................A-308
171.................................................................................................................A-310
178.................................................................................................................A-312
184.................................................................................................................A-320
186.................................................................................................................A-323
187.................................................................................................................A-325
197.................................................................................................................A-327
198.................................................................................................................A-331
210.................................................................................................................A-333
214.................................................................................................................A-337
222.................................................................................................................A-339

Defendants' Deposition Exhibits*

3.....................................................................................................................A-389
13...................................................................................................................A-390
28...................................................................................................................A-393
37...................................................................................................................A-395
42...................................................................................................................A-399
44...................................................................................................................A-403
45...................................................................................................................A-406
60...................................................................................................................A-407
67...................................................................................................................A-408
69...................................................................................................................A-413
70...................................................................................................................A-416
78...................................................................................................................A-418
79...................................................................................................................A-434
80...................................................................................................................A-438
81...................................................................................................................A-469
93...................................................................................................................A-475
95...................................................................................................................A-500
96...................................................................................................................A-591
97...................................................................................................................A-593
102.................................................................................................................A-600
103.................................................................................................................A-607
104.................................................................................................................A-610
105.................................................................................................................A-615
107.................................................................................................................A-626
108.................................................................................................................A-691

16481.061-650862v1

*Defendants' Deposition Exhibits **85**, **91**, **92**, **106**, and **113** are empty containers of Lubriguard and Rotella® and are being submitted to the Court with the submission of the Court's courtesy copy of the Memorandum in Support of Defendants' Motion for Summary Judgment

<u>Deposition Excerpts</u>

W. Edward Baker............................................................................................................. A-727

Larry Coats..................................................................................................................... A-731

Judy Donovan ................................................................................................................. A-748

Luis Guimaraes ............................................................................................................... A-761

Patty Lanning .................................................................................................................. A-773

Michelle Liu.................................................................................................................... A-794

William Mann .................................................................................................................. A-799

Omar Ochoa .................................................................................................................... A-805

Mark Reed....................................................................................................................... A-814

Larry Sanderson .............................................................................................................. A-830

Todd Schoettelkotte ........................................................................................................ A-848

Donald Sweat .................................................................................................................. A-852

Irvin Warren.................................................................................................................... A-861

Dale Wells....................................................................................................................... A-870

WHEREFORE, Warren respectfully move this Court to grant Defendants' Motion for Summary Judgment and to dismiss Plaintiffs' claims asserted against Warren in the First Amended Complaint in their entirety with prejudice.

16481.061-650862v1

Respectfully submitted, this the 18th day of November, 2010.

| WYRICK ROBBINS YATES & PONTON LLP | ANDREWS KURTH LLP |
|---|---|

Benjamin N. Thompson, admitted *pro hac vice* (Lead Counsel)
bthompson@wyrick.com
Lee M. Whitman, admitted *pro hac vice*
lwhitman@wyrick.com
Sarah M. Johnson, admitted *pro hac vice*
sjohnson@wyrick.com
4101 Lake Boone Trail, Suite 300
Raleigh, NC 27607
Telephone: (919) 781-4000
Facsimile: (919) 781-4865

By: ____/s/ David P. Whittlesey_____
David P. Whittlesey, State Bar No. 00791920
Southern Dist. of TX Bar No. 18086
111 Congress Avenue, Suite 1700
Austin, TX 78701
Telephone: (512) 320-9330
Facsimile: (512) 320-9292
dwhittlesey@andrewskurth.com

ATTORNEY IN CHARGE FOR DEFENDANTS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following:

Griffith B. Price, Jr.
Griff.price@finnegan.com
Naresh Kilaru
Naresh.kilaru@finnegan.com
Finnegan Henderson Farabow Garrett & Dunner LLP
901 New York Avenue NW
Washington, DC 20001

Paul C. Van Slyke
pvanslyke@lockelord.com
Bruce J. Cannon
bcannon@lockelord.com
Locke Lord Bissell & Liddell LLP
600 Travis Street, Suite 3400
Houston, TX 77002

This the 18th day of November, 2010.

/s/ David P. Whittlesey_____
David P. Whittlesey, State Bar No. 00791920
Southern Dist. of TX Bar No. 18086
111 Congress Avenue, Suite 1700
Austin, TX 78701
Telephone: (512) 320-9330
Facsimile: (512) 320-9292
dwhittlesey@andrewskurth.com

16481.061-650862v1